UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00329-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| GIAVANNA HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is an order to show cause related to the certificate of interested parties filed by Absolute Collection Services, LLC.  Docket No. 15.  The Court has now received an errata to the certificate of interested parties identifying the sole member of Absolute Collection Services, LLC. Docket No. 17.  That order to show cause is hereby **DISCHARGED**.[1]

IT IS SO ORDERED.

DATED: April 25, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Nothing herein shall be construed as discharging the order to show cause regarding the Court's subject matter jurisdiction.  Docket No. 16.