# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,    ) | Case No. 2:16-cv-00329-JCM-NJK |
| Plaintiff(s),    ) | ORDER |
| vs.    ) | |
| GIAVANNA HOMEOWNERS ASSOCIATION, et al.,    ) | |
| Defendant(s).    ) | |

Pending before the Court is an order for the parties to show cause why this case should not be dismissed for lack fo subject matter jurisdiction. Docket No. 16. In particular, that order was directed at (1) the contention by Defendant Absolute Collection Services, LLC ("ABS") that this case does not have the requisite $75,000 in controversy and (2) the inadequate record regarding the citizenship of ABS. *See id.* at 2. ABS did not directly respond to the order to show cause, instead filing an errata to its certificate of interested parties identifying its sole member and that person's residency. *See* Docket No. 17. That filing does not establish the Court's jurisdiction. First, ABS has not provided any input regarding its contention that a sufficient amount in controversy is lacking. Second, the pertinent test for diversity purposes is citizenship, and not residency. *See, e.g.*, *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001).

The Court hereby ORDERS ABS to file, no later than May 17, 2016, a response to the order to show cause that (1) either articulates the reason ABS believes less than $75,000 is at issue or withdraws

that contention and (2) attaches a declaration based on personal knowledge identifying the citizenship of Kelly Mitchell.

IT IS SO ORDERED.

DATED: May 11, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge