UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff(s), <br><br> vs. <br><br> GIAVANNA HOMEOWNERS ASSOCIATION, et al., <br><br> Defendant(s). | Case No. 2:16-cv-00329-JCM-NJK <br><br> ORDER |

The order to show cause regarding the Court's subject matter jurisdiction, Docket No. 16, is hereby **DISCHARGED**.

IT IS SO ORDERED.

DATED: June 2, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge