ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
         brett.coombs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>GIAVANNA HOMEOWNERS ASSOCIATION; PREMIER ONE HOLDINGS, INC.; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00329-JCM-NJK<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**), by and through its counsel of record, Akerman LLP, hereby provide notice that Donna M. Wittig, Esq. is no longer associated with the firm of Akerman LLP. BANA requests that Ms. Wittig be removed from the Court's CM/ECF service list.

. . .

. . .

. . .

. . .

{39531603;1}

1

Akerman LLP will continue to represent BANA and requests that Ariel E. Stern and Brett M. Coombs receive all future notices.

Respectfully submitted, this 16th day of September, 2016.

**AKERMAN LLP**

/s/ Brett M. Coombs
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: September 16, 2016

_____
UNITED STATES MAGISTRATE JUDGE

{39531603;1}